1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  JACKIE L. DUNSON, | Case No. ED CV 15-01651 PA (AFM) |
| 12                            Petitioner, | |
| 13            v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| 14  D.K. JOHNSON, Warden, | |
| 15                          Respondent. | |
| 16 | |

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

18  file and the Superseding Report and Recommendation of United States Magistrate

19  Judge.  Further, the Court has engaged in a *de novo* review of those portions of the

20  Report to which objections have been made.  Petitioner's objections are overruled.

21  The Court accepts the findings and recommendations of the Magistrate Judge.

22          IT THEREFORE IS ORDERED that (1) the Superseding Report and

23  Recommendation of the Magistrate Judge is accepted and adopted; (2) Petitioner's

24  Motion for a *Rhines* stay is denied; (3) Petitioner's request for an evidentiary

25  ///

26  ///

27  ///

28

hearing is denied; and (4) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED:  April 19, 2016

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE