JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JACKIE L. DUNSON,

                    Petitioner,

        v.

D.K. JOHNSON, Warden,

                    Respondent.

Case No. ED CV 15-01651 PA (AFM)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  April 19, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE